**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on September 7, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Thomas Hugh Rondello, Jr. and Josephine Rondello

Case No: 18-26212-CMG

Chapter: 13

Judge: Gravelle

# ORDER DIRECTING
# REDACTION OF PERSONAL INFORMATION

The relief set forth on the following page is hereby ORDERED.

**DATED: September 7, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The court having reviewed the Application Requesting Redaction of Personal Information filed in this case by _____William H. Oliver, Jr._____, and regarding __Doc #11 Missing Document(s)__ _____, it is hereby

ORDERED that the above document be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037(a)(2), the movant shall file a redacted version of the document within seven (7) days of the date of this order.

ORDERED that the movant shall serve this order on all affected parties within one day of its entry.

*new.May 1, 2015*