UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**WILLIAM H. OLIVER, JR., ESQ.**
Attorney at Law
Brandywine Commons
2240 State Highway 33, Suite 112
Neptune, NJ 07753
(732) 988-1500

Order Filed on September 10, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Thomas Hugh Rondello, Jr.
Josephine Rondello

Case No.: 18-26212

Adv. No.:

Hearing Date: 9-5-18 @ 9am

Judge: Christine M. Gravelle

## ORDER TO CONTINUE AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 10, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor:   Thomas & Josephine Rondello
Case No.: 18-26212(CMG)
Caption of Order:  ORDER TO CONTINUE AUTOMATIC STAY
Page 2

Upon the Debtors' motion to continue the automatic stay in case filed after prior dismissal within a year of filing, and for good cause shown and no objections raised,

**IT IS** hereby **ORDERED** as follows:

1. The automatic stay under §362(a) is hereby continued as to all creditors until further Order of the Court.
2. A copy of this Order shall be served on all interested parties within  5   days of the entry of this Order.