**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on September 7, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Thomas Hugh Rondello, Jr. and Josephine
Rondello

Case No: _____18-26212-CMG_____

Chapter: _____13_____

Judge: _____Gravelle_____

## ORDER DIRECTING
## REDACTION OF PERSONAL INFORMATION

The relief set forth on the following page is hereby ORDERED.

**DATED: September 7, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The court having reviewed the Application Requesting Redaction of Personal Information filed in this case by _____William H. Oliver, Jr._____, and regarding ___Doc #11 Missing Document(s)___ _____, it is hereby

ORDERED that the above document be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037(a)(2), the movant shall file a redacted version of the document within seven (7) days of the date of this order.

ORDERED that the movant shall serve this order on all affected parties within one day of its entry.

*new.May 1, 2015*

2

United States Bankruptcy Court
District of New Jersey

In re:
Thomas Hugh Rondello, Jr.                                    Case No. 18-26212-CMG
Josephine Rondello                                           Chapter 13
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin         Page 1 of 1           Date Rcvd: Sep 10, 2018
                           Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 12, 2018.
db/jdb       +Thomas Hugh Rondello, Jr.,    Josephine Rondello,   167 Bay Harbor Blvd,   Brick, NJ 08723-7914

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2018                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 10, 2018 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          Jeanette F. Frankenberg   on behalf of Creditor   Seterus, Inc., as authorized sub-servicer for
          Federal National Mortgage Association ('Fannie Mae'), a corporation organized and existing under
          the laws of the United States of America cmecf@sternlav.com
          Kevin Gordon McDonald   on behalf of Creditor   Toyota Motor Credit Corporation
          kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
          William H. Oliver, Jr.   on behalf of Debtor Thomas Hugh Rondello, Jr. bkwoliver@aol.com,
          R59915@notify.bestcase.com
          William H. Oliver, Jr.   on behalf of Joint Debtor Josephine  Rondello bkwoliver@aol.com,
          R59915@notify.bestcase.com
                                                                          TOTAL: 6