UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**WILLIAM H. OLIVER, JR., ESQ.**
Attorney at Law
Brandywine Commons
2240 State Highway 33, Suite 112
Neptune, NJ 07753
(732) 988-1500

Order Filed on September 10, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Thomas Hugh Rondello, Jr.
Josephine Rondello

Case No.: 18-26212

Adv. No.:

Hearing Date: 9-5-18 @ 9am

Judge: Christine M. Gravelle

## ORDER TO CONTINUE AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 10, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor:    Thomas & Josephine Rondello
Case No.:  18-26212(CMG)
Caption of Order:  ORDER TO CONTINUE AUTOMATIC STAY
Page 2

Upon the Debtors' motion to continue the automatic stay in case filed after prior dismissal within a year of filing, and for good cause shown and no objections raised,

**IT IS** hereby **ORDERED** as follows:

1. The automatic stay under §362(a) is hereby continued as to all creditors until further Order of the Court.

2. A copy of this Order shall be served on all interested parties within  5   days of the entry of this Order.

United States Bankruptcy Court
District of New Jersey

In re:
Thomas Hugh Rondello, Jr.
Josephine Rondello
    Debtors

Case No. 18-26212-CMG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Sep 10, 2018
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2018.
db/jdb       +Thomas Hugh Rondello, Jr.,    Josephine Rondello,    167 Bay Harbor Blvd,    Brick, NJ 08723-7914

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2018                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2018 at the address(es) listed below:
           Albert    Russo     docs@russotrustee.com
           Jeanette F. Frankenberg     on behalf of Creditor    Seterus, Inc., as authorized sub-servicer for
            Federal National Mortgage Association ('Fannie Mae'), a corporation organized and existing under
            the laws of the United States of America cmecf@sternlav.com
           Kevin Gordon McDonald     on behalf of Creditor    Toyota Motor Credit Corporation
            kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
           U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
           William H. Oliver, Jr.     on behalf of Debtor Thomas Hugh Rondello, Jr. bkwoliver@aol.com,
            R59915@notify.bestcase.com
           William H. Oliver, Jr.     on behalf of Joint Debtor Josephine   Rondello bkwoliver@aol.com,
            R59915@notify.bestcase.com
                                                                                     TOTAL: 6