UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
WILLIAM H. OLIVER, JR.
2240 Highway 33
Suite 112
Neptune, New Jersey 07753
732-988-1500
Attorney for Debtor(s)
WO-7129

In Re:

Thomas and Josephine Rondello
                Debtors

Case No.: 18-26212

Adv. No:

Hearing Date: @ 9:00 a.m.

Chapter: 13

Judge: Christine M. Gravelle

## CERTIFICATION IN OPPOSITION TO TRUSTEE'S CERTIFICATION OF DEFAULT

I, William H. Oliver, Jr., attorney for the Debtor in the above-captioned matter, hereby certifies and says:

1. A modified plan will be filed with the Court to extend the plan from a 36 month plan to a 60 month plan.

2. It is requested that this motion be continued to the modified plan hearing date once received.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: June 18, 2019                                                  /s/ William H. Oliver
                                                                        William H. Oliver, Jr.
                                                                        Attorney for Debtors