Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–26212–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Thomas Hugh Rondello Jr.                         Josephine Rondello
   167 Bay Harbor Blvd                             167 Bay Harbor Blvd
   Brick, NJ 08723                                   Brick, NJ 08723

Social Security No.:
   xxx–xx–7106                                     xxx–xx–9691

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 7/3/19 at 09:00 AM

to consider and act upon the following:

*42* – Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 6/19/2019. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 6/20/19

                                                                      Jeanne Naughton
                                                                      Clerk, U.S. Bankruptcy Court