UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
STERN, LAVINTHAL & FRANKENBERG, LLC
105 Eisenhower Parkway, Suite 302
Roseland, NJ 07068
Phone: (973) 797-1100
Fax: (973) 228-2679
Attorney for Secured Creditor,
Nationstar Mortgage LLC d/b/a Mr. Cooper
By Maria Cozzini, Esq.

Order Filed on June 20, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Thomas Hugh Rondello, Jr.
Josephine Rondello

Debtor(s).

Case No.: 18-26212-CMG

Chapter: 13

Hearing Date: June 5, 2019

Judge: Christine M. Gravelle

**ORDER RESOLVING MOTION TO VACATE STAY
WITH CONDITIONS**

The relief set forth on the following pages, numbered two (2) through three (3) is **ORDERED**

**DATED: June 20, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor: Thomas Hugh Rondello, Jr. and Josephine Rondello
Case No: 18-26212-CMG
Caption: Order Resolving Motion to Vacate Stay with Conditions

| | |
|---|---|
| Applicant: | Nationstar Mortgage LLC |
| Applicant's Counsel: | Stern Lavinthal & Frankenberg, LLC |
| Debtor's Counsel: | William H. Oliver, Jr., Esq. |
| Property Involved ("Collateral"): | 167 Bay Harbor Blvd, Brick, NJ 08723 |

Relief sought:
- ✓ Motion for relief from the automatic stay
-    Motion to dismiss
-    Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

   - The Debtor is overdue for 3 months, from April 1, 2019 to June 1, 2019.

   - The Debtor is overdue for 3 payments at $1,467.85 per month.

   - Less Funds held in debtor(s) suspense $422.12

   Total Arrearages Due $3,981.43.

2. Debtor must cure all post-petition arrearages, as follows:

   - Immediate payment shall be made in the amount of $2,513.58.
   - Beginning on June 1, 2019, regular monthly mortgage payments shall continue to be made in the amount $1,467.85.

Case 18-26212-CMG    Doc 54    Filed 06/23/19    Entered 06/24/19 00:49:23    Desc Imaged
Certificate of Notice    Page 3 of 4

Page | 3
Debtor: Thomas Hugh Rondello, Jr. and Josephine Rondello
Case No: 18-26212-CMG
Caption: Order Resolving Motion to Vacate Stay with Conditions

3. Payments to the Secured Creditor shall be made to the following address(es):

- ✓ Immediate payment:        Nationstar Mortgage LLC
  P.O. Box 619094
  Dallas, TX 75261-9741

- ✓ Regular monthly payment:  Nationstar Mortgage, LLC
  P.O. Box 619094
  Dallas, TX 75261-9741

4. In the event of Default:

- ✓ If the Debtors fail to make the immediate payment specified above or fail to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtors' failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and the Debtors' attorney.

  If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5. Award of Attorneys' Fees:
   - ✓ The Applicant is awarded attorneys fees of $350.00, and costs of $181.00.
     The fees and costs are payable:
   - ✓ through the Chapter 13 plan.
     to the Secured Creditor within _____ days.
     Attorneys' fees are not awarded.

United States Bankruptcy Court
District of New Jersey

In re:  
Thomas Hugh Rondello, Jr.  
Josephine Rondello  
    Debtors

Case No. 18-26212-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jun 21, 2019  
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2019.  
db/jdb       +Thomas Hugh Rondello, Jr.,    Josephine Rondello,    167 Bay Harbor Blvd,    Brick, NJ 08723-7914

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2019                                   Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2019 at the address(es) listed below:  
           Albert   Russo    docs@russotrustee.com  
           Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation  
            dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
           Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper  
            cmecf@sternlav.com  
           Jeanette F. Frankenberg    on behalf of Creditor    Seterus, Inc., as authorized sub-servicer for Federal National Mortgage Association ('Fannie Mae'), a corporation organized and existing under the laws of the United States of America cmecf@sternlav.com  
           Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation    kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com  
           Maria   Cozzini    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper mcozzini@sternlav.com  
           Maria   Cozzini    on behalf of Creditor    Seterus, Inc., as authorized sub-servicer for Federal National Mortgage Association ('Fannie Mae'), a corporation organized and existing under the laws of the United States of America mcozzini@sternlav.com  
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
           William H. Oliver, Jr.    on behalf of Debtor Thomas Hugh Rondello, Jr. bkwoliver@aol.com, R59915@notify.bestcase.com  
           William H. Oliver, Jr.    on behalf of Joint Debtor Josephine   Rondello bkwoliver@aol.com, R59915@notify.bestcase.com  
                                                                               TOTAL: 10