Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−26212−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Thomas Hugh Rondello Jr.　　　　　　　　　　　Josephine Rondello
167 Bay Harbor Blvd　　　　　　　　　　　　　　167 Bay Harbor Blvd
Brick, NJ 08723　　　　　　　　　　　　　　　　Brick, NJ 08723

Social Security No.:
　xxx−xx−7106　　　　　　　　　　　　　　　　　xxx−xx−9691

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on October 30, 2018.

On July 2, 2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:　　　　　　　August 7, 2019
Time:　　　　　　　10:00 AM
Location:　　　　　Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: July 3, 2019
JAN: mrg

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Jeanne Naughton
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-26212-CMG
Thomas Hugh Rondello, Jr.                                               Chapter 13
Josephine Rondello
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Jul 03, 2019
                              Form ID: 185             Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 05, 2019.
db/jdb         +Thomas Hugh Rondello, Jr.,    Josephine Rondello,    167 Bay Harbor Blvd,    Brick, NJ 08723-7914
cr             +Nationstar Mortgage LLC d/b/a Mr. Cooper,    Stern, Lavinthal & Frankenberg, LLC,
                 105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640
cr             +Seterus, Inc., as authorized sub-servicer for Fede,    Stern, Lavinthal & Frankenberg, LLC,
                 105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640
517699670      +Amex,   Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
517752099      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517699673      +Capital One Bank,    c/o Lyons, Doughty & Veldhuis, P.C.,    P. O. Box 1269,
                 Mount Laurel, NJ 08054-7269
517699674      +Chase,   Attn: Correspondence Dept,    Po Box 15298,    Wilmingotn, DE 19850-5298
517699675      +Chase Bank Usa, Na,    Po Box 15298,    Wilmington, DE 19850-5298
517699677      +Lexus Financial Services,    P.O. Box 5236,    Carol Stream, IL 60197-5236
518307234      +Nationstar Mortgage LLC d/b/a Mr. Cooper,    PO BOX 619094,    Dallas, TX 75261-9094
518307235      +Nationstar Mortgage LLC d/b/a Mr. Cooper,    PO BOX 619094,    Dallas, TX 75261,
                 Nationstar Mortgage LLC d/b/a Mr. Cooper,    PO BOX 619094,    Dallas, TX 75261-9094
517699679      +Ocean Medical Center,    P.O. Box 416801,    Boston, MA 02241-6801
517699678      +Ocean Medical Center,    c/o Commonwealth Financial Systems,    245 Main Street,
                 Dickson City, PA 18519-1641
517699682      +Performant Recovery, Inc.,    PO Box 9045,    Pleasanton, CA 94566-9028
517738539     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Department of Treasury,
                 Division of Taxation,    P.O. Box 245,    Trenton, NJ 08695-0245)
517699683      +Seterus Inc,   c/o Stern Lavinthal & Frankenberg, LLC,    105 Eisenhower Parkway, Suite 302,
                 Roseland, NJ 07068-1640
517699684      #Seterus Inc,   PO Box 11790,    Newark, NJ 07101-4790
517761523      #+Seterus, Inc.,   P.O. Box 1047,    Hartford, CT 06143-1047
517699685      +State of New Jersey,    Division of Taxation,    PO Box 245,    Trenton, NJ 08602-0245
517699686      +Stern Lavingthal & Frankenberg,    105 Eisenhower Parkway, ste. 302,    Roseland, NJ 07068-1640
517699687      +The Doctors' Office,    484 Temple Hill Road, Suite 104,    New Windsor, NY 12553-5529
517743517      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 03 2019 22:33:23      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 03 2019 22:33:22      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517699671      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 03 2019 22:41:46      Capital One,
                 Po Box 30285,    Salt Lake City, UT 84130-0285
517699676       E-mail/Text: cio.bncmail@irs.gov Jul 03 2019 22:33:03      Internal Service Revenue,
                 PO Box 7346,    Philadelphia, PA 19101-7346
517699680      +E-mail/PDF: cbp@onemainfinancial.com Jul 03 2019 22:40:50      One Main,   PO box 1010,
                 Evansville, IN 47706-1010
517699681      +E-mail/PDF: cbp@onemainfinancial.com Jul 03 2019 22:40:50      Onemain Financial/Citifinancial,
                 6801 Colwell Blvd,    Ntsb-2320,    Irving, TX 75039-3198
517801896       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 03 2019 23:01:23
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
                 Norfolk VA 23541
517828705       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 03 2019 22:41:22
                 Portfolio Recovery Associates, LLC,    c/o Onemain Financial Group, LLC (de),    POB 41067,
                 Norfolk VA 23541
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517699672*      Capital One,   PO Box 30285,    Salt Lake City, UT 84130-0285
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0312-3          User: admin              Page 2 of 2                Date Rcvd: Jul 03, 2019
                              Form ID: 185             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 3, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               cmecf@sternlav.com
              Jeanette F. Frankenberg    on behalf of Creditor    Seterus, Inc., as authorized sub-servicer for
               Federal National Mortgage Association ('Fannie Mae'), a corporation organized and existing under
               the laws of the United States of America cmecf@sternlav.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Maria   Cozzini    on behalf of Creditor    Seterus, Inc., as authorized sub-servicer for Federal
               National Mortgage Association ('Fannie Mae'), a corporation organized and existing under the
               laws of the United States of America mcozzini@sternlav.com
              Maria   Cozzini    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               mcozzini@sternlav.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor Thomas Hugh Rondello, Jr. bkwoliver@aol.com,
               R59915@notify.bestcase.com
              William H. Oliver, Jr.    on behalf of Joint Debtor Josephine    Rondello bkwoliver@aol.com,
               R59915@notify.bestcase.com
                                                                                             TOTAL: 10
```