Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–26212–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Thomas Hugh Rondello Jr.            Josephine Rondello
167 Bay Harbor Blvd                 167 Bay Harbor Blvd
Brick, NJ 08723                     Brick, NJ 08723

Social Security No.:
xxx–xx–7106                         xxx–xx–9691

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 10/2/19 at 09:00 AM

to consider and act upon the following:

*63* − Creditor's Certification of Default filed by Maria Cozzini on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper. Objection deadline is 10/1/2019. (Cozzini, Maria)

Dated: 9/23/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court