Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–26212–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Thomas Hugh Rondello Jr.
167 Bay Harbor Blvd
Brick, NJ 08723

Josephine Rondello
167 Bay Harbor Blvd
Brick, NJ 08723

Social Security No.:
xxx–xx–7106

xxx–xx–9691

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 10/2/19 at 09:00 AM

to consider and act upon the following:

*63* − Creditor's Certification of Default filed by Maria Cozzini on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper. Objection deadline is 10/1/2019. (Cozzini, Maria)

Dated: 9/23/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                                              Case No. 18-26212-CMG
Thomas Hugh Rondello, Jr.                                                                           Chapter 13
Josephine Rondello
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Sep 23, 2019
                              Form ID: ntchrgbk        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 25, 2019.
db/jdb         +Thomas Hugh Rondello, Jr.,   Josephine Rondello,   167 Bay Harbor Blvd,   Brick, NJ 08723-7914

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 23, 2019 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               cmecf@sternlav.com
              Jeanette F. Frankenberg    on behalf of Creditor    Seterus, Inc., as authorized sub-servicer for
               Federal National Mortgage Association ('Fannie Mae'), a corporation organized and existing under
               the laws of the United States of America cmecf@sternlav.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Maria   Cozzini    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               mcozzini@sternlav.com
              Maria   Cozzini    on behalf of Creditor    Seterus, Inc., as authorized sub-servicer for Federal
               National Mortgage Association ('Fannie Mae'), a corporation organized and existing under the
               laws of the United States of America mcozzini@sternlav.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor Thomas Hugh Rondello, Jr. bkwoliver@aol.com,
               R59915@notify.bestcase.com
              William H. Oliver, Jr.    on behalf of Joint Debtor Josephine  Rondello bkwoliver@aol.com,
               R59915@notify.bestcase.com
                                                                                              TOTAL: 10