Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  18−26212−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

  Thomas Hugh Rondello Jr.                          Josephine Rondello
  167 Bay Harbor Blvd                               167 Bay Harbor Blvd
  Brick, NJ 08723                                   Brick, NJ 08723

Social Security No.:
  xxx−xx−7106                                       xxx−xx−9691

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:      11/20/19
Time:      12:00 PM
Location:  Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
William H. Oliver, Jr., Debtor's Attorney

COMMISSION OR FEES
fee: $1,665

EXPENSES
0.00

If this is a chapter 13 case, the fees and expenses awarded:

☑ will not reduce the amount to be paid to general unsecured creditors under the plan.

☐ will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: October 21, 2019
JAN:

                                                        Jeanne Naughton
                                                        Clerk

Case 18-26212-CMG    Doc 72    Filed 10/23/19    Entered 10/24/19 00:37:31    Desc Imaged
Certificate of Notice    Page 2 of 4

```
                              United States Bankruptcy Court
                                     District of New Jersey

In re:                                                                          Case No. 18-26212-CMG
Thomas Hugh Rondello, Jr.                                                       Chapter 13
Josephine Rondello
         Debtors                        CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                  Page 1 of 2                  Date Rcvd: Oct 21, 2019
                              Form ID: 137                 Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 23, 2019.
db/jdb         +Thomas Hugh Rondello, Jr.,    Josephine Rondello,    167 Bay Harbor Blvd,    Brick, NJ 08723-7914
cr             +Nationstar Mortgage LLC d/b/a Mr. Cooper,    Stern, Lavinthal & Frankenberg, LLC,
                 105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640
cr             +Seterus, Inc., as authorized sub-servicer for Fede,    Stern, Lavinthal & Frankenberg, LLC,
                 105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640
517699670      +Amex,   Correspondence,   Po Box 981540,    El Paso, TX 79998-1540
517752099      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517699673      +Capital One Bank,    c/o Lyons, Doughty & Veldhuis, P.C.,    P. O. Box 1269,
                 Mount Laurel, NJ 08054-7269
517699674      +Chase,   Attn: Correspondence Dept,    Po Box 15298,    Wilmingotn, DE 19850-5298
517699675      +Chase Bank Usa, Na,    Po Box 15298,    Wilmington, DE 19850-5298
517699677      +Lexus Financial Services,    P.O. Box 5236,    Carol Stream, IL 60197-5236
518307234      +Nationstar Mortgage LLC d/b/a Mr. Cooper,    PO BOX 619094,    Dallas, TX 75261-9094
518307235      +Nationstar Mortgage LLC d/b/a Mr. Cooper,    PO BOX 619094,    Dallas, TX 75261,
                 Nationstar Mortgage LLC d/b/a Mr. Cooper,    PO BOX 619094,    Dallas, TX 75261-9094
517699679      +Ocean Medical Center,    P.O. Box 416801,    Boston, MA 02241-6801
517699678      +Ocean Medical Center,    c/o Commonwealth Financial Systems,    245 Main Street,
                 Dickson City, PA 18519-1641
517699682      +Performant Recovery, Inc.,    PO Box 9045,    Pleasanton, CA 94566-9028
517761523     ++SETERUS INC,    PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court:     Seterus, Inc.,    P.O. Box 1047,    Hartford, CT 06143)
517738539     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:     State of New Jersey,    Department of Treasury,
                 Division of Taxation,    P.O. Box 245,    Trenton, NJ 08695-0245)
517699684      #Seterus Inc,    PO Box 11790,   Newark, NJ 07101-4790
517699683      +Seterus Inc,    c/o Stern Lavinthal & Frankenberg, LLC,    105 Eisenhower Parkway, Suite 302,
                 Roseland, NJ 07068-1640
517699685      +State of New Jersey,    Division of Taxation,    PO Box 245,    Trenton, NJ 08602-0245
517699686      +Stern Lavingthal & Frankenberg,    105 Eisenhower Parkway, ste. 302,    Roseland, NJ 07068-1640
517699687      +The Doctors' Office,    484 Temple Hill Road, Suite 104,    New Windsor, NY 12553-5529
517743517      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 22 2019 00:26:57     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 22 2019 00:26:54     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517699671      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 22 2019 00:34:14     Capital One,
                 Po Box 30285,    Salt Lake City, UT 84130-0285
517699676       E-mail/Text: cio.bncmail@irs.gov Oct 22 2019 00:26:29     Internal Service Revenue,
                 PO Box 7346,    Philadelphia, PA 19101-7346
517699680      +E-mail/PDF: cbp@onemainfinancial.com Oct 22 2019 00:34:00     One Main,    PO box 1010,
                 Evansville, IN 47706-1010
517699681      +E-mail/PDF: cbp@onemainfinancial.com Oct 22 2019 00:32:50     Onemain Financial/Citifinancial,
                 6801 Colwell Blvd,    Ntsb-2320,   Irving, TX 75039-3198
517801896       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 22 2019 00:34:18
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
                 Norfolk VA 23541
517828705       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 22 2019 00:34:19
                 Portfolio Recovery Associates, LLC,    c/o Onemain Financial Group, LLC (de),    POB 41067,
                 Norfolk VA 23541
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517699672*      Capital One,   PO Box 30285,   Salt Lake City, UT 84130-0285
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Oct 21, 2019
                              Form ID: 137             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 21, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               cmecf@sternlav.com
              Jeanette F. Frankenberg    on behalf of Creditor    Seterus, Inc., as authorized sub-servicer for
               Federal National Mortgage Association ('Fannie Mae'), a corporation organized and existing under
               the laws of the United States of America cmecf@sternlav.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Maria   Cozzini    on behalf of Creditor    Seterus, Inc., as authorized sub-servicer for Federal
               National Mortgage Association ('Fannie Mae'), a corporation organized and existing under the
               laws of the United States of America mcozzini@sternlav.com
              Maria   Cozzini    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               mcozzini@sternlav.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor Thomas Hugh Rondello, Jr. bkwoliver@aol.com,
               R59915@notify.bestcase.com
              William H. Oliver, Jr.    on behalf of Joint Debtor Josephine   Rondello bkwoliver@aol.com,
               R59915@notify.bestcase.com
                                                                                               TOTAL: 10
```