Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  18−26212−CMG
                Chapter:  13
                Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Thomas Hugh Rondello Jr.                        Josephine Rondello
   167 Bay Harbor Blvd                              167 Bay Harbor Blvd
   Brick, NJ 08723                                    Brick, NJ 08723

Social Security No.:
   xxx−xx−7106                                      xxx−xx−9691

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 12/18/19 at 09:00 AM

to consider and act upon the following:

**75** − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 12/2/2019. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 12/2/19

                                                            Jeanne Naughton
                                                          Clerk, U.S. Bankruptcy Court